■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. VIOLA D. TAKACS, Individually and as Executrix of J. CHARLES TAKACS, Deceased, Respondent, v ASBESTOSPRAY CORPORATION et al., Defendants, and MASTER BUILDERS, INC., Individually and as Successor in Interest to MACNAUGHTON BROOKS, INC., Appellant. [679 NYS2d 777] —Order unanimously affirmed with costs. Memorandum: Plaintiff commenced this action to recover for personal injuries and wrongful death resulting from the exposure of plaintiff's decedent to asbestos-containing products manufactured and distributed by the pre-

decessor of Master Builders, Inc. (defendant). Supreme Court properly denied the motion of defendant for summary judgment dismissing the complaint against it. Defendant failed in the first instance to establish that its product could not have contributed to the causation of the injury and death of plaintiff's decedent (*see, Reid v Georgia-Pacific Corp.*, 212 AD2d 462, 463; *cf., Comeau v Grace & Co.*, 216 AD2d 79, 80). (Appeal from Order of Supreme Court, Erie County, Kane, J.—Summary Judgment.) Present—Green, J. P., Pigott, Jr., Balio and Fallon, JJ.